# United States District Court
## Central District of California
### United States Courthouse
### Los Angeles, California 90012

Chambers of
**STEPHEN V. WILSON**
United States District Judge

Telephone
(213) 894-4327

August 29, 2006

Honorable Ortie D. Smith, Chair
Judicial Conference of the United States
 Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

RECEIVED 2006 SEP -5 A 11: 35 FINANCIAL DISCLOSURE OFFICE

RE:   Calendar Year 2005 Filing

Dear Judge Smith:

Enclosed is Judge Wilson's amended financial statement for 2005, which addresses the comments in your letter of July 31, 2006.

Sincerely,

Yvonne Q. Gonzalez
    Secretary to
    The Honorable Stephen V. Wilson

Enclosure:
Original & 2 copies

| AO 10 Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Wilson, Stephen V | 2. Court or Organization U.S. District Court | 3. Date of Report 08/29/2006 AmenDeD |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address U.S. District Court 312 N. Spring St., Room 217J Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. North Fork Bank | mortgage - real estate (Capri) | P2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 08/29/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FEI Dorado - Real Estate -Partner | D | Dividend | L | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Dividend | K | W | | | | | |
| 3. 6222 Investments - Partner | D | Dividend | L | W | | | | | |
| 4. Capri Partnership | E | Rent | P2 | W | | | | | |
| 5. Malibu | E | Rent | P2 | W | partial sale | 9/13 | M | G | S. Hernandez |
| 6. Martin Domnitch - personal loan | | None | K | V | | | | | |
| 7. BROKERAGE ACCT. # 1 CA State Wtr Dev | | None | M | T | | | | | *see explanation Sec.VIII |
| 8. BROKERAGE ACCT. # 2 Dean Witter Liquid Asset Acct | | | | | | | | | * moved to lines 108-115 |
| 9. Bonds: | | | | | | | | | |
| 10. State of Israel Bond | A | Interest | J | U | | | | | |
| 11. State of Israel Bond | A | Interest | J | U | | | | | |
| 12. State of Israel Bond | A | Interest | J | U | | | | | |
| 13. State of Israel Bond | A | Interest | | | redemption | 1/31 | K | | |
| 14. State of Israel Bond | A | Interest | J | U | | | | | |
| 15. BROKERAGE ACCT. # 3: | | | | | | | | | |
| 16. Highmark Div. Money Market (also Brokerage Acct #1) | | None | O | T | | | | | |
| 17. Deleted | | | | | | | | | *see explanation |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 08/29/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BROKERAGE ACCT #4: | | | | | | | | | |
| 19. San Francisco CA City & Cnty | | None | K | T | | | | | |
| 20. Santa Monica Malibu Univ | | None | K | T | | | | | |
| 21. Kern County CA CTFS | | None | K | T | | | | | |
| 22. Trabuco Cnyn CA Pub | | None | K | T | | | | | |
| 23. Inland Empire Solid Waste | | None | K | T | | | | | |
| 24. Alameda Cnty CA Corp | | None | K | T | buy | 1/6 | K | | |
| 25. Cupertino Cal Un Sch Dist | | None | K | T | buy | 1/13 | K | | |
| 26. U.S.T Bill | | None | L | T | buy | 8/4 | L | | |
| 27. Santa Barbara Ctny CA Scls | | None | L | T | buy | 7/11 | L | | |
| 28. University CA Revs | | None | L | T | buy | 7/11 | L | | |
| 29. Evergreen CA Sch Dist | | None | J | T | buy | 7/11 | J | | |
| 30. East Bay Mun Util Dis | | None | K | T | buy | 7/11 | K | | |
| 31. Blue Mountain View Los Altos (AMENDED) | | None | K | T | buy | 1997 | K | | *see additional info. |
| 32. Blue Mountain View Los Altos | | None | | | redemption | 8/1/ | K | | |
| 33. Pimco Real Return | | None | | | | | | | |
| 34. Pimco | | None | | | redemption | 7/11 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 08/29/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. L.A. Cnty CA Met Trans | | None | K | T | buy | 7/11 | K | | |
| 36. San Jose CA Redev Agy | | None | K | T | buy | 7/11 | K | | |
| 37. Santa Rosa CA Wastewater | | None | K | T | buy | 7/11 | K | | |
| 38. San Diego Cnty CA Regl Trans | | None | L | T | buy | 7/11 | L | | |
| 39. San Mateo CA Un HS | | None | J | T | buy | 7/11 | J | | |
| 40. Rosemead CA Schl Dist | | None | L | T | buy | 7/11 | L | | |
| 41. BROKERAGE ACCT # 5: | | | | | | | | | |
| 42. FHLB | | None | | | redemption | 2/15 | N | | |
| 43. CA ST GO | | None | N | T | | | | | |
| 44. US TB | | None | N | T | buy | 6/6 | N | | |
| 45. US T Bill | | None | M | T | buy | 2/22 | M | | |
| 46. US T Bill | | None | M | T | buy | 6/16 | M | | |
| 47. US T Bill | | None | J | T | buy | 8/8 | J | | |
| 48. US T Bill | | None | N | T | buy | 12/19 | N | | |
| 49. US T Bill | | None | N | T | buy | 2/22 | N | | |
| 50. US T Bill | | None | | | redemption | 5/26 | N | | |
| 51. BROKERAGE ACCT # 6: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 08/29/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T Bill | | None | N | T | buy | 1/27 | N | | |
| 53. T Bill | | None | | | redemption | 7/28 | N | | |
| 54. T. Bill | | None | N | T | buy | 7/28 | N | | |
| 55. BROKERAGE ACCT # 7: | | | | | | | | | |
| 56. A.G. Edwards Centennial CA MM Acct | | None | M | T | | | | | *see explantion |
| 57. CA GO | | None | K | T | | | | | |
| 58. CA ST GO | | None | K | T | | | | | |
| 59. Davis CA | | None | L | T | | | | | |
| 60. FHLB | | None | M | T | | | | | |
| 61. US T Bills | | None | K | T | | | | | |
| 62. Fresno CA | | None | K | T | | | | | |
| 63. Orange Co. CA | | None | L | T | | | | | |
| 64. San Diego Cnty | | None | L | T | | | | | |
| 65. FHLB | | None | | | redemption | 2/18 | K | | |
| 66. FHLB | | None | | | redemption | 2/18 | K | | |
| 67. Redding CA | | None | K | T | | | | | |
| 68. CA St. RFDG | | None | L | T | buy | 5/25 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 08/29/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CA St Public Wks Bd | | None | K | T | buy | 1/14 | K | | |
| 70. FHLB Bond | | None | L | T | buy | 2/8 | L | | |
| 71. FFCB Bond | | None | K | T | buy | 6/16 | K | | |
| 72. FFCB Bond | | None | K | T | buy | 11/7 | K | | |
| 73. LA CA MTA | | None | L | T | buy | 5/25 | L | | |
| 74. Vallejo CA | | None | K | T | buy | 1/14 | K | | |
| 75. CA St. Pub Wks | | None | K | T | | | | | *see additional info. |
| 76. CA St. Pub Wks | | None | | | redemption | 6/1 | K | | |
| 77. CA St. Public Wks | | None | K | T | | | | | *see additional info. |
| 78. CA St | | None | K | T | | | | | *see additional info. |
| 79. BROKERAGE ACCT # 8: | | | | | | | | | |
| 80. Financing Corp. Cpn | | None | K | T | | | | | |
| 81. Fed Home Loan | | None | L | T | | | | | |
| 82. Fed Hm Ln Mtg Corp | | None | L | T | | | | | |
| 83. Fed Hm Ln Bank Cons | | None | M | T | | | | | |
| 84. Fed Hm Loan Mtg. Corp | | None | J | T | | | | | *see additional info. |
| 85. FHL Mtg Corp. | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 08/29/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fed Hm Ln | None | | J | T | | | | | |
| 87. U.S. T Notes | None | | M | T | buy | 1/3 | M | | |
| 88. BROKERAGE ACCT # 9: | | | | | | | | | |
| 89. IRRA - Comstock | None | | P1 | T | | | | | |
| 90. GMAC Com Mtg | None | | J | T | buy | 10/13 | J | | |
| 91. ML Short Term Global Income X | None | | L | T | | | | | *see explanation |
| 92. Port Auth NY & NY Cons | None | | | | redemption | 5/16 | K | | |
| 93. Wm Floyd Un Free USD NY | None | | L | T | | | | | |
| 94. NY St DRM at RV City Univ Cons | None | | | | redemption | | J | | |
| 95. NY St. Pwr Auth Rev Gen Purp R | None | | K | T | | | | | |
| 96. Mutual Fund - Municipal Inv Trust | None | | J | T | | | | | |
| 97. U.S. T. Note | None | | | | redemption | 3/31 | M | | |
| 98. U.S. T. Note | None | | M | T | buy | 4/1 | M | | |
| 99. U.S. T. Note | None | | L | U | buy | 4/7 | L | | |
| 100. US T. Bill | None | | K | T | buy | 5/20 | K | | |
| 101. U.S. Treas Note | None | | L | T | buy | 11/10 | L | | |
| 102. U.S. T.Bill | None | | | | redemption | 4/17 | L | | |

1. Income Gain Codes: A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000  T =Cash Market
   (See Column C2)  Q =Appraisal  V =Other  S =Assessment
   U =Book Value  W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Mutual Fund - NUV NY Select | | None | M | T | | | | | |
| 104. BROKERAGE ACCT # 10: | | | | | | | | | |
| 105. Crowell Weedon Genl Govt Mny Mkt CIB | | None | O | T | | | | | *corrected |
| 106. BROKERAGE ACCT # 11: | | | | | | | | | |
| 107. U.S. T Bills | | None | N | T | | | | | |
| 108. Brokerage Acct #2 amended from line #8 | | | | | | | | | |
| 109. MM Funds | | None | J | T | | | | | |
| 110. CA St Cmntys | | None | M | T | buy | 12/28 | M | | |
| 111. CA Sch Fac | | None | M | T | | | | | *Bought 8/98 |
| 112. CA ST Var Pur | | None | M | T | | | | | *bought5/1/03 |
| 113. US T Bill | | None | M | T | buy | 11/17 | M | | |
| 114. Fed Hm Ln Bk | | None | N | T | | | | | *bought 3/12/03 |
| 115. Fed Natl Mtg. Assn | | None | M | T | | | | | *bought 6/9/03 |
| 116. Inglewood CA Uni Schl Dist | | None | K | T | | | | | *see explanation |
| 117. Mutual Fund-Muni Inv Accum Prog | | None | J | T | | | | | *see explanation |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 08/29/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 31 & 32: Amended: Blue Mountain -- this was purchased in 1997 and sold 2005

Line 75: Amended: CA St Pub Wks was purchased in 1993

Line 77: Amended: CA St. Public Wks was purchased in 1996

Line 78: Amended: CA St. was purchased in 1994

Line 84: Amended: Fed Hm Loan was purchase 4/9/03

8/28/06 AMENDED (re: letter dated 7/31/06)

Line 7: This was purchased before 1993

Line 8: Moved to lines 108-115

Line 16 & 17: Line 16 corrected Column C and Line 17 deleted (information already listed on Line 16)

Line 42: Corrected (column 2)

Line 56: Corrected name -- this account was open in 1997. The amt (column C) fluctuates from A - M

Line 91: Re: Line 69 on 2004 report: In 2004 this was on line 69 as Rollover IRA and was moved to Line 88 --- Line 88 includes line 89 & 90
    It is on line 91 for the 2005 report

Line 105: Corrected name

Line 116: Re: Line 30 on 2004 report: Inglewood CA should still be on report (now on line 116).

Re: Line 70 on 2004 report: Mutual Fund-Muni Inv Accum Program show still be on report (now line 117)

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date _8/29/06_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Stephen V | U.S. District Court | 07/03/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court 312 N. Spring St., Room 217J Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUL 11 A 11: 13 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/03/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/03/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. North Fork Bank | mortgage - real estate (Capri) | P2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Tran actions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. El Dorado - Real Estate -Partner | D | Dividend | L | W | | | | | |
| 2. Harbor City Mobile Park - Partner | D | Dividend | K | W | | | | | |
| 3. 6222 Investments - Partner | D | Dividend | L | W | | | | | |
| 4. Capri Partnership | E | Rent | P2 | W | | | | | |
| 5. Malibu | E | Rent | P2 | W | partial sale | 9/13 | M | G | S. Hernandez |
| 6. Martin Domnitch - personal loan | | None | K | V | | | | | |
| 7. BROKERAGE ACCT. # 1 diversified MM acct | | None | O | T | | | | | |
| 8. BROKERAGE ACCT. # 2 Liquid Asset Acct | | None | P1 | T | | | | | |
| 9. Bonds: | | | | | | | | | |
| 10. State of Israel Bond | A | Interest | J | U | | | | | |
| 11. State of Israel Bond | A | Interest | J | U | | | | | |
| 12. State of Israel Bond | A | Interest | J | U | | | | | |
| 13. State of Israel Bond | A | Interest | | | redemption | 1/31 | K | | |
| 14. State of Israel Bond | A | Interest | J | U | | | | | |
| 15. BROKERAGE ACCT. # 3: | | | | | | | | | |
| 16. Highmark Div. Money Market | | None | P1 | T | | | | | |
| 17. IRA - | | None | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,50 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/03/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BROKERAGE ACCT # 4: | | | | | | | | | |
| 19. San Francisco CA City & Cnty | | None | K | T | | | | | |
| 20. Santa Monica Malibu Univ | | None | K | T | | | | | |
| 21. Kern County CA CTFS | | None | K | T | | | | | |
| 22. Trabuco Cnyn CA Pub | | None | K | T | | | | | |
| 23. Inland Empire Solid Waste | | None | K | T | | | | | |
| 24. Alameda Cnty CA Corp | | None | K | T | buy | 1/6 | K | | |
| 25. Cupertino Cal Un Sch Dist | | None | K | T | buy | 1/13 | K | | |
| 26. U.S.T Bill | | None | L | T | buy | 8/4 | L | | |
| 27. Santa Barbara Ctny CA Scls | | None | L | T | buy | 7/11 | L | | |
| 28. University CA Revs | | None | L | T | buy | 7/11 | L | | |
| 29. Evergreen CA Sch Dist | | None | J | T | buy | 7/11 | J | | |
| 30. East Bay Mun Util Dis | | None | K | T | buy | 7/11 | K | | |
| 31. Blue Mountain View Los Altos (AMENDED) | | None | K | T | buy | 1997 | K | | *see additional info. |
| 32. Blue Mountain View Los Altos | | None | | | redemption | 8/1/ | K | | |
| 33. Pimco Real Return | | None | | | | | | | |
| 34. Pimco | | None | | | redemption | 7/11 | O | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | | | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | | | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | | | | |
| | Q =Appraisal | V =Other | S =Assessment | | | | | |
| | U =Book Value | | W =Estimated | | | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. L.A. Cnty CA Met Trans | None | | K | T | buy | 7/11 | K | | |
| 36. San Jose CA Redev Agy | None | | K | T | buy | 7/11 | K | | |
| 37. Santa Rosa CA Wastewater | None | | K | T | buy | 7/11 | K | | |
| 38. San Diego Cnty CA Regl Trans | None | | L | T | buy | 7/11 | L | | |
| 39. San Mateo CA Un HS | None | | J | T | buy | 7/11 | J | | |
| 40. Rosemead CA Schl Dist | None | | L | T | buy | 7/11 | L | | |
| 41. BROKERAGE ACCT # 5: | | | | | | | | | |
| 42. FHLB | | | | | redemption | 2/15 | N | | |
| 43. CA ST GO | None | | N | T | | | | | |
| 44. US TB | None | | N | T | buy | 6/6 | N | | |
| 45. US T Bill | None | | M | T | buy | 2/22 | M | | |
| 46. US T Bill | None | | M | T | buy | 6/16 | M | | |
| 47. US T Bill | None | | J | T | buy | 8/8 | J | | |
| 48. US T Bill | None | | N | T | buy | 12/19 | N | | |
| 49. US T Bill | None | | N | T | buy | 2/22 | N | | |
| 50. US T Bill | None | | N | T | redemption | 5/26 | N | | |
| 51. BROKERAGE ACCT # 6: | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. T Bill | | None | N | T | buy | 1/27 | N | | |
| 53. T Bill | | None | | | redemption | 7/28 | N | | |
| 54. T. Bill | | None | N | T | buy | 7/28 | N | | |
| 55. BROKERAGE ACCT # 7: | | | | | | | | | |
| 56. Centennial CA MM Acct | | None | M | T | | | | | |
| 57. CA GO | | None | K | T | | | | | |
| 58. CA ST GO | | None | K | T | | | | | |
| 59. Davis CA | | None | L | T | | | | | |
| 60. FHLB | | None | M | T | | | | | |
| 61. US T Bills | | None | K | T | | | | | |
| 62. Fresno CA | | None | K | T | | | | | |
| 63. Orange Co. CA | | None | L | T | | | | | |
| 64. San Diego Cnty | | None | L | T | | | | | |
| 65. FHLB | | None | | | redemption | 2/18 | K | | |
| 66. FHLB | | None | | | redemption | 2/18 | K | | |
| 67. Redding CA | | None | K | T | | | | | |
| 68. CA St. RFDG | | None | L | T | buy | 5/25 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CA St Public Wks Bd | | None | K | T | buy | 1/14 | K | | |
| 70. FHLB Bond | | None | L | T | buy | 2/8 | L | | |
| 71. FFCB Bond | | None | K | T | buy | 6/16 | K | | |
| 72. FFCB Bond | | None | K | T | buy | 11/7 | K | | |
| 73. LA CA MTA | | None | L | T | buy | 5/25 | L | | |
| 74. Vallejo CA | | None | K | T | buy | 1/14 | K | | |
| 75. CA St. Pub Wks | | None | K | T | | | | | *see additional info. |
| 76. CA St. Pub Wks | | None | | | redemption | 6/1 | K | | |
| 77. CA St. Public Wks | | None | K | T | | | | | *see additional info. |
| 78. CA St | | None | K | T | | | | | *see additional info. |
| 79. BROKERAGE ACCT # 8: | | | | | | | | | |
| 80. Financing Corp. Cpn | | None | K | T | | | | | |
| 81. Fed Home Loan | | None | L | T | | | | | |
| 82. Fed Hm Ln Mtg Corp | | None | L | T | | | | | |
| 83. Fed Hm Ln Bank Cons | | None | M | T | | | | | |
| 84. Fed Hm Loan Mtg. Corp | | None | J | T | | | | | *see additional info. |
| 85. FHL Mtg Corp. | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/03/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Fed Hm Ln | | None | J | T | | | | | |
| 87. U.S. T Notes | | None | M | T | buy | 1/3 | M | | |
| 88. BROKERAGE ACCT # 9: | | | | | | | | | |
| 89. IRRA - Comstock | | None | P1 | T | | | | | |
| 90. GMAC Com Mtg | | None | J | T | buy | 10/13 | J | | |
| 91. ML Short Term Global Income X | | None | L | T | | | | | |
| 92. Port Auth NY & NY Cons | | None | | | redemption | 5/16 | K | - | |
| 93. Wm Floyd Un Free USD NY | | None | L | T | | | | | |
| 94. NY St DRM at RV City Univ Cons | | None | | | redemption | | J | | |
| 95. NY St. Pwr Auth Rev Gen Purp R | | None | K | T | | | | | |
| 96. Mutual Fund - Municipal Inv Trust | | None | J | T | | | | | |
| 97. U.S. T. Note | | None | | | redemption | 3/31 | M | | |
| 98. U.S. T. Note | | None | M | T | buy | 4/1 | M | | |
| 99. U.S. T. Note | | None | L | U | buy | 4/7 | L | | |
| 100. US T. Bill | | None | K | T | buy | 5/20 | K | | |
| 101. U.S. Treas Note | | None | L | T | buy | 11/10 | L | | |
| 102. U.S. T.Bill | | None | | | redemption | 4/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Stephen V | 07/03/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Mutual Fund - NUV NY Select | | None | M | T | | | | | |
| 104. BROKERAGE ACCT # 10: | | | | | | | | | |
| 105. Money Market Funds | | None | O | T | | | | | |
| 106. BROKERAGE ACCT # 11: | | | | | | | | | |
| 107. U.S. T Bills | | None | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wilson, Stephen V | 07/03/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 31 & 32: Amended: Blue Mountain -- this was purchased in 1997 and sold 2005

Line 75: Amended: CA St Pub Wks was purchased in 1993

Line 77: Amended: CA St. Public Wks was purchased in 1996

Line 78: Amended: CA St. was purchased in 1994

Line 84: Amended: Fed Hm Loan was purchase 4/9/03

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date  7/5/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544